# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | Case No. 1:13-cv-01333-AWI-SAB |
| Plaintiff, | ORDER VACATING HEARING AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY DECEMBER 18, 2013 |
| v. | |
| DERVISHIAN BROTHERS DEVELOPMENT COMPANY, et al., | |
| Defendants. | |

Plaintiff filed this action on August 22, 2013.  On the same date, an order issued setting the mandatory scheduling conference for November 26, 2013.  On November 18, 2013, Plaintiff filed a notice of settlement in this action.

Based upon the notice of settlement, the hearing set for November 26, 2013 at 9:30 a.m. is HEREBY VACATED,  and the parties shall file dispositional documents on or before December 18, 2013.

IT IS SO ORDERED.

Dated:   **November 19, 2013**

UNITED STATES MAGISTRATE JUDGE

1