# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>             Plaintiff,<br><br>      v.<br><br>DERVISHIAN BROTHERS DEVELOPMENT COMPANY, et al.,<br><br>             Defendants. | Case No.  1:13-cv-01333-AWI-SAB<br><br>ORDER VACATING HEARING AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY DECEMBER 18, 2013 |

Plaintiff filed this action on August 22, 2013.  On the same date, an order issued setting the mandatory scheduling conference for November 26, 2013.  On November 18, 2013, Plaintiff filed a notice of settlement in this action.

Based upon the notice of settlement, the hearing set for November 26, 2013 at 9:30 a.m. is HEREBY VACATED,  and the parties shall file dispositional documents on or before December 18, 2013.

IT IS SO ORDERED.

Dated:   **November 19, 2013**

UNITED STATES MAGISTRATE JUDGE

1