1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>       Plaintiff,<br><br>       vs.<br><br>DERVISHIAN BROTHERS DEVELOPMENT COMPANY, et al.,<br><br>       Defendants. | No. 1:13-CV-01333-AWI-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

    IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendants Dervishian Brothers Development Company, a California corporation, Hua Feng, dba Tin Tin Restaurant, Alicia Fung, dba Tin Tin Restaurant, and David Brown, dba Double Play Pizza, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: December 10, 2013                MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff
                                        Natividad Gutierrez

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

Dated:  December 10, 2013                MILLER & AYALA, LLP

*/s/ Nathan S. Miller*
Nathan S. Miller
Attorneys for Defendants
Dervishian Brothers Development Company,
a California corporation, Hua Feng,
dba Tin Tin Restaurant, Alicia Fung,
dba Tin Tin Restaurant, and
David Brown, dba Double Play Pizza

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   December 11, 2013                _____
                                          SENIOR  DISTRICT  JUDGE